## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 5/17/10**

In re:   Case No.:   10–20864 NVA    Chapter:   13

Kawann McPherson                                                         Shawnay D. McPherson
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedules A–J due 05/28/2010** <br> **Chapter 13 Plan due 05/28/2010** <br> **Stmt. of Fin. Affairs due 05/28/2010** <br> **Ch 13 Income Form 22C due 05/28/2010** <br> **Summary of Schedules due 05/28/2010** |
| CONSEQUENCE: | **If the problem is not cured by the date below,** <br> **YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** <br> **Federal Rule of Bankruptcy Procedure 1007** <br> **Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by <u>5/28/10</u>.**

**Additional information for non–attorney filers is available at <u>www.mdb.uscourts.gov/RL_prose.aspx</u>.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, E Devine 410–962–4076

cc:   Debtor(s)
      Attorney for Debtor(s) – Jeffrey M. Sirody

Form ntcddl (03/05)